UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| State of Connecticut,<br>    *Plaintiff*,<br><br>      v.<br><br>Moody's Corporation, et al,<br>    *Defendants*. | Civil No. 3:10cv546 (JBA)<br>LEAD |

### ORDER OF CONSOLIDATION

In the interest of judicial economy, the above-identified case is hereby consolidated with case captioned: State of Connecticut v. The McGraw-Hill Companies, Inc., et al, 310cv547 (JBA) for all purposes.

The lead case caption shall read: State of Connecticut v. Moody's Corporation, et al, Lead Docket Number: 3:10cv546 (JBA)--U.S.D.C./New Haven.  Pleadings or documents electronically filed under any other case caption will be refused.  [See D. Conn. L. Civ. R. 3(a)(1)].

                                        IT IS SO ORDERED.

                                        /s/_____
                                        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 2nd day of June 2010.