# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:10-CV-00547 (JCH) |
| v. | : | |
| | : | |
| THE MCGRAW-HILL COMPANIES, INC. and | : | |
| STANDARD & POOR'S FINANCIAL | : | |
| SERVICES, LLC | : | |
| Defendants. | : | MAY 7, 2010 |

## MOTION FOR REMAND AND FOR COSTS AND FEES

Pursuant to 28 U.S.C. § 1447(c), the State of Connecticut respectfully moves that this matter be remanded to the Connecticut Superior Court for the Judicial District of Hartford on the following grounds:  (1) there is no diversity jurisdiction in this matter because the State sues in its sovereign capacity and thus is a citizen of no state for the purposes of diversity jurisdiction; and (2) the Class Action Fairness Act ("CAFA") does not apply to cases brought by state Attorneys General to vindicate the public good.  The reasons for remand are explained more fully in the accompanying Memorandum of Law filed simultaneously with this Motion.  Because the same arguments made by the defendants here have been rejected by two different courts of this District, the State believes the grounds for removal of this case are clearly without merit. Thus, the State moves for the award of costs, actual expenses, and reasonable attorneys' fees incurred as a result of the removal.

WHEREFORE, the State of Connecticut moves pursuant to 28 U.S.C. § 1447(c) for an order of remand to the Connecticut Superior Court for the Judicial District of Hartford and for an award of its costs, expenses, and fees incurred in litigating the removal.

PLAINTIFF
STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    /s/ George W. O'Connell
        Matthew J. Budzik (ct19706)
        Matthew.Budzik@po.state.ct.us
        George W. O'Connell (ct27457)
        George.O'Connell@po.state.ct.us
        Laura J. Martella (ct27380)
        Laura.Martella@po.state.ct.us
        Assistant Attorneys General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5040
        Fax: (860) 808-5033

## CERTIFICATION

I hereby certify that on May 7, 2010 a true and accurate copy of the foregoing Motion for

Remand and for Costs and Fees was filed electronically.  Parties may access this filing through

the Court's system.  Notice of this filing will be sent by e-mail to the following parties of record,

by operation of the Court's electronic filing system.  Pursuant to the Court's standing order on

electronic filing, a courtesy paper copy of this motion will also be sent to chambers by first-class

mail, postage prepaid:

**Steven D. Ecker**
**William J. Gullotta**
Cowdery, Ecker & Murphy
280 Trumbull Street
Hartford, CT 06103
Tel:  860-278-5555
Fax:  860-249-0012
Email:  ecker@cemlaw.com
Email:  wgullotta@cemlaw.com

**Floyd Abrams**
**Adam Zurofsky**
**Tammy L. Roy**
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005-1702
Tel:  212-701-3000
Fax:  212-378-2712
Email:  fabrams@cahill.com
Email:  azurofsky@cahill.com
Email:  troy@cahill.com

/s/ George W. O'Connell
George W. O'Connell
Assistant Attorney General

3