UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>              Plaintiff,<br><br>v.<br><br>THE MCGRAW-HILL COMPANIES, INC.<br>and STANDARD & POOR'S FINANCIAL<br>SERVICES, LLC,<br><br>              Defendants. | CIVIL ACTION NO.<br>3:10 CV 547 (JCH)<br><br><br><br><br><br><br><br>MAY 12, 2010 |

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services, LLC, (collectively "Defendants") move for an extension of time in which to file their answers or motions in response to the Complaint, and state the following:

1. On March 10, 2010, plaintiff State of Connecticut commenced the underlying state court action by service of a Writ of Summons and Complaint in the Superior Court, Judicial District of Hartford.

2. Defendants were served with the Writ of Summons and Complaint in the underlying state court action on March 10, 2010.

3. On April 9, 2010, Defendants filed a Notice of Removal of the state court action to this Court.

4. This is Defendants' second request for an extension of time regarding this deadline. On April 16, 2010, Defendants filed a Motion for an Extension of Time until May 16, 2010 to respond, to which plaintiff consented. This Court granted the Motion on April 16, 2010.

5. Pursuant to the Court's order of April 16, 2010, Defendants are now due to respond or otherwise move with respect to the Complaint by May 16, 2010.

6. Since Defendants' first request for an extension of time, plaintiff moved to remand this action to state court and the parties have held a planning conference pursuant to Fed. R. Civ. P. 26(f).

7. The parties will soon file a 26(f) report with the Court. The Rule 26(f) report will contain the parties' agreement that the time in which Defendants shall file an answer or motion in response to the Complaint shall be extended until forty-five (45) days after the Court has issued its decision on the Motion for Remand, or 45 days after plaintiff has filed an amended Complaint and/or motion to join additional parties or has informed Defendants that it will not seek to amend or join additional parties, whichever is longer.

8. The parties will request a Rule 16 conference.

9. Accordingly, Defendants now request an extension of time in which to file an answer or motions in response to plaintiff's Complaint until forty-five (45) days after the Court's decision on plaintiff's Motion for Remand, or 45 days after plaintiff has filed an amended Complaint and/or motions to join additional parties or has informed Defendants that it will not seek to amend or join additional parties, whichever is

longer, or until such other date set by the Court after a Rule 16 conference.

10.  Plaintiff's counsel consents to this motion.

For the foregoing reasons, Defendants respectfully request, with plaintiff's consent, that this Second Motion for Extension of Time be granted.

>Respectfully submitted,
>
>THE MCGRAW-HILL COMPANIES, INC. and STANDARD & POOR'S FINANCIAL SERVICES, LLC
>
>By: /s/ William J. Gullotta
>    Steven D. Ecker (ct03762)
>    William J. Gullotta (ct26594)
>    Cowdery, Ecker & Murphy, L.L.C.
>    280 Trumbull Street
>    Hartford, CT 06103-3599
>    (860) 278-5555
>    (860) 249-0012 Fax
>    Email: ecker@cemlaw.com
>           wgullotta@cemlaw.com

OF COUNSEL

Floyd Abrams
Adam Zurofsky (phv02900)
Tammy L. Roy ( phvct25188)
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York  10005-1702
(212) 701-3000 (telephone)
(212) 378-2712 (facsimile)

*-- Their Attorneys --*

3

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                /s/ William J. Gullotta
                                                William J. Gullotta