UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT, | : | CIVIL ACTION NO. 3:10-cv-546 (JBA) |
| Plaintiff | : | |
| v. | : | |
| MOODY'S CORPORATION and MOODY'S INVESTORS SERVICE, INC. | : | |
| Defendants | : | JUNE 9, 2010 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Plaintiff, State of Connecticut, in the above-captioned case.

Dated at Hartford, Connecticut, this 9th day of June, 2010.

```
                           PLAINTIFF
                           STATE OF CONNECTICUT

                           RICHARD BLUMENTHAL
                           ATTORNEY GENERAL

                       BY: /s/ Joseph J. Chambers
                           Joseph J. Chambers (ct 26948)
                           Assistant Attorney General
                           55 Elm Street
                           P.O. Box 120
                           Hartford, CT  06141-0120
                           Tel: (860) 808-5270
                           Fax: (860) 808-5385
                           joseph.chambers@po.state.ct.us
```

## CERTIFICATION

I hereby certify that on June 9, 2010, a copy of the foregoing Notice of Appearance was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent by e-mail to the following parties of record, by operation of the Court's electronic system:

William M. Rubenstein, Esq.
Kelly A. Burns, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100
Fax: (860) 275-8101
wmr@avhlaw.com
kab@avhlaw.com

/s/ Joseph J. Chambers
Joseph J. Chambers
Assistant Attorney General