UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT,<br><br>                Plaintiff,<br><br>    v.<br><br>MOODY'S CORPORATION and MOODY'S INVESTORS SERVICE, INC.,<br><br>                Defendants. | CIVIL ACTION NO.<br>3:10-CV-00546 (JBA)<br>**LEAD**<br><br><br><br>JUNE 16, 2010 |

**DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINTS**

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), defendants Moody's Corporation ("Moody's"), Moody's Investors Service, Inc. ("Moody's Investors Service"), McGraw-Hill Co, Inc. ("McGraw-Hill") and Standard & Poor's Financial Services, LLC ("Standard & Poor's") (collectively "Defendants") move for an extension of time in which to serve their answers or motions in response to the Complaints. The extension of time will serve to reconcile the schedules of the newly consolidated cases, allow the Defendants sufficient time to investigate and coordinate common arguments and allow for the efficient presentation of the issues to the Court. In furtherance of this motion, the Defendants state the following:

1. On March 10, 2010, plaintiff State of Connecticut commenced two separate underlying state court actions by service of Writs of Summons and Complaints in the Superior Court, Judicial District of Hartford against Moody's and Moody's Investors Service, Inc. (the "Moody's Litigation") and McGraw-Hill and Standard & Poor's (the "McGraw-Hill Litigation").

1

2. All Defendants were served with the respective Writs of Summons and Complaints in the underlying state court actions on March 10, 2010.

3. On April 9, 2010, Defendants filed Notices of Removal of both the Moody's Litigation and the McGraw-Hill Litigation to Federal Court for the District of Connecticut.  The Moody's Litigation was assigned to Judge Arterton; the McGraw-Hill Litigation was assigned to Judge Hall.

4. This is Defendants' third request for an extension of time regarding this deadline.

5. On April 15, 2010, Defendants Moody's and Moody's Investors Service filed a Motion for an Extension of Time until May 17, 2010 to Respond, to which Plaintiff consented.  This Court granted the Motion on April 16, 2010.

6. On April 16, 2010, Defendants McGraw-Hill and Standard & Poor's filed a Motion for an Extension of Time until May 16, 2010 to respond, to which Plaintiff consented.  The Court granted the Motion on April 16, 2010.

7. On May 7, 2010, plaintiff moved to remand both the Moody's Litigation and the McGraw-Hill Litigation to state court.

8. On May 10, 2010, all parties held a planning conference pursuant to Fed. R. Civ. P. 26(f).  During the Rule 26(f) planning conference, the parties agreed, subject to agreement by the Court,  that the time in which Defendants shall file an answer or motion in response to the Complaints should be extended until forty-five days after the Court has issued its decision on the Motion for Remand, or forty-five days after plaintiff has filed an amended Complaint and/or motion to join additional parties or has informed Defendants that it will not seek to amend or join additional parties, whichever is longer.

9. On May 12, 2010, Defendants Moody's and Moody's Investors Service and Defendants McGraw-Hill and Standard & Poor's each filed, in their respective cases, a Second Motion for Extension of Time until forty-five days after the Courts' decision on Plaintiff's Motions for Remand to file answers or motions in response to Plaintiff's Complaints.

10. On May 20, 2010, this Court granted Moody's and Moody's Investors Service's Second Motion for Extension of Time only in part and ordered Moody's and Moody's Investors Service to move or answer with respect to the Complaint by July 2, 2010.

11. On May 24, 2010, the parties filed 26(f) reports with the court. The Rule 26(f) reports contained the parties' agreement that the time in which Defendants shall file an answer or motion in response to the Complaints should be extended until forty-five days after the Court has issued its decision on the Motion for Remand, or forty-five days after Plaintiff has filed an amended Complaint and/or motion to join additional parties or has informed Defendants that it will not seek to amend or join additional parties, whichever is longer.

12. On May 24, 2010, McGraw-Hill and Standard & Poor's informed Judge Hall that pursuant to Local Rule 40(b) the Moody's Litigation was a "related case."

13. On May 26, 2010, Moody's and Moody's Investors Service informed Judge Arterton that pursuant to Local Rule 40(b) the McGraw-Hill Litigation was a "related case."

14. On June 3, 2010, this Court entered an Order of Consolidation, which consolidated the Moody's Litigation and the McGraw-Hill Litigation. At the time

that the cases were consolidated, Judge Hall had not yet ruled on McGraw-Hill's and Standard & Poor's' Second Motion for Extension of Time. McGraw-Hill's and Standard & Poor's' motion remains pending, now before Judge Arterton.

15. On June 2, 2010, the Court set a scheduling conference for June 22, 2010. The parties intended at that time to address with the Court all issues related to scheduling, including an appropriate time in which the Defendants should move or answer with respect to the Complaints.

16. On June 7, 2010, the Court rescheduled the Scheduling Conference for July 21, 2010, a date after which Moody's and Moody's Investors Service's response to the Complaint is currently due.

17. As of June 16, 2010, there has been no ruling on McGraw-Hill's and Standard & Poor's' Second Motion for Extension of Time.

18. Because the Moody's Litigation and the McGraw-Hill litigation have been consolidated, Defendants believe that the efficient litigation of the matter would be enhanced by a uniform schedule with regard to challenges to the Complaints in both litigations. Moreover, an extension of time will permit the Defendants to investigate and coordinate common arguments and present those issues to the Court in the most efficient manner.

19. The 26(f) reports of the parties set out the general nature of the common issues between the consolidated Moody's and McGraw-Hill Litigations. The currently scheduled status conference will allow the Court to assess the nature of the case and resolve several scheduling disagreements of the parties. While the timing of responses to the Complaints is not one of the areas of dispute between the parties,

the Court will have the benefit of the discussion of the case at the status conference to assess whether the parties' joint proposal on the timing of a response to the Complaints is reasonable.

20. Accordingly, Defendants now request an extension of time to file answers or motions in response to Plaintiff's Complaints until a date to be determined at the July 21, 2010, Scheduling Conference and no later than the time the parties have agreed is appropriate, to wit: forty-five days after the Court's decision on Plaintiff's Motions for Remand or forty-five days after Plaintiff has filed an amended Complaint and/or motion to join additional parties or has informed Defendants that it will not seek to amend or join additional parties.

21. Plaintiff's counsel consents to this motion.

For the foregoing reasons, Defendants respectfully request, with Plaintiff's consent, that this Third Motion for Extension of Time be granted.

Respectfully submitted,

/s/ William M. Rubenstein
William M. Rubenstein (ct08834)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:  860-275-8100
Facsimile:  860-275-8101
E-mail:  wmr@avhlaw.com

James J. Coster (admitted *pro hac vice*)
Joshua M. Rubins (admitted *pro hac vice*)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor

New York, NY 10169
Telephone:  212-818-9200
Facsimile:  212-818-9606/7
E-mail:jcoster@ssbb.com
      jrubins@ssbb.com

*Attorneys for Defendants Moody's Corporation and Moody's Investors Service, Inc.*



/s/ Steven David Ecker_____
Steven David Ecker
William Gullotta
Cowdery, Ecker & Murphy, L.L.C.
280 Trumbull Street
22nd Floor
Hartford, CT 06103
Telephone:  860-278-5555
Facsimile:  860-249-0012
Email: ecker@cemlaw.com
      wgullotta@cemlaw.com


Flyod Abrams (admitted *pro hac vice*)
Tammy Roy (admitted *pro hac vice*)
Adam Zurofsky (admitted *pro hac vice)*
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Telephone: 212-701-3137
Facsimile:  212-378-2738
E-mail: fabrams@cahill.com
      troy@cahill.com
      azurifsky@cahill.com

*Attorneys for Defendants McGraw-Hill Co. Inc. and Standard & Poor's Financial Services, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                            /s/ William M. Rubenstein
                                            William M. Rubenstein